UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

RAMON REYES VEGA,

        Plaintiff,                   CASE NO.:  2:15-CV-00259-JES-DNF

vs.

CLASSIC LAWNS OF COLLIER, INC., a
Florida Corporation, MELIZA TERRERO,
an Individual, and MANUEL TERRERO,
an Individual,

        Defendants.      /

**JOINT NOTICE OF NON-OPPOSITION TO**
**REPORT AND RECOMMENDATION ENTERED ON NOVEMBER 5, 2015**

    Plaintiff, RAMON REYES VEGA, and Defendants, CLASSIC LAWNS OF COLLIER, INC., a Florida Corporation, MELIZA TERRERO, an Individual, and MANUEL TERRERO, an Individual, by and through their undersigned counsel, hereby file this Joint Notice of Non-Opposition to Magistrate Judge Mac R. McCoy's Report and Recommendation entered on November 5, 2015 [D.E. 21].

    Respectfully submitted this 5th day of November, 2015.

| /s/ANGELI MURTHY | /s/VICKI L. SPROAT |
|---|---|
| ANGELI MURTHY, ESQ. | Vicki L. Sproat, Esquire |
| Florida Bar No.: 088758 | Florida Bar No.: 0304751 |
| MORGAN & MORGAN, P.A. | HENDERSON, FRANKLIN, STARNES & HOLT, P.A. |
| 600 North Pine Island Road | |
| Suite 400 | P.O Box 280 |
| Plantation, FL 33324 | Fort Myers, Florida  33902-0280 |
| Tel: 954-318-0268 | Tel: 239-344-1230 |
| Fax: 954-327-3016 | Fax: 239-344-1530 |
| E-Mail: Amurthy@forthepeople.com | E-Mail: vicki.sproat@henlaw.com |
| *Attorney for Plaintiff* | *Attorney for Defendants* |

**CERTIFIATE OF SERVICE**

I HEREBY CERTIFY that on this 5th day of November, 2015, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF which will send notification to all counsel of record.

/s/ ANGELI MURTHY
ANGELI MURTHY, ESQ.